UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK HANSEN

Plaintiff(s),

v.

CENTIMARK CORPORATION

Defendant(s).

CASE NO. C-08-2611-SI

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

OTTO W. IMMEL , an active member in good standing of the bar of FLORIDA whose business address and telephone number (particular court to which applicant is admitted) is QUARLES & BRADY LLP
1395 PANTHER LANE, SUITE 300
NAPLES, FL 34109
239-659-5041
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing PLAINTIFF PATRICK HANSEN

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated:

United States Judge