1  WILDMAN, HARROLD, ALLEN & DIXON LLP
   Clinton J. McCord (CA Bar No. 204749)
2  9665 Wilshire Boulevard, Suite 200
   Beverly Hills, CA 90212
3  Telephone:  (310) 860-8715
   Facsimile:  (310) 860-3815
4  mccord@wildman.com

5
   Attorneys for Defendant
6  CENTIMARK CORPORATION

7           UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF CALIFORNIA
8             (SAN FRANCISCO DIVISION)

9

10 PATRICK HANSEN,                    Case No. C-08-2611-SI

11              Plaintiff,
                                      REQUEST FOR APPROVAL OF
12 vs.                                SUBSTITUTION OF ATTORNEY

13 CENTIMARK COPORATION,

14              Defendant.

15

16

17      Defendant, CentiMark Corporation ("CentiMark"), by and through

18 undersigned counsel, hereby requests the Court approve the substitution of

19 Wildman, Harrold, Allen & Dixon LLP as its attorney of record in place and stead

20 of Squire, Sanders & Dempsey LLP.  CentiMark consents to this substitution.

21 DATED: March 17, 2009

22
                              CentiMark Corporation,
23

24                            By: _Thor D. DiCesare_

25                                 Thor DiCesare
                                   Title:  General Counsel
26                                 Requesting Party

27

28

1952680-1

1

    Squire, Sanders & Dempsey LLP, as the counsel substituting out, consents

2

to this substitution.

3

4

                                        SQUIRE, SANDERS & DEMPSEY
                                        L.L.P.

5

6

Dated: March 17, 2009

7

                                        By: _____
                                            David A. Gabianelli

8

                                        Present Attorney for Defendant
                                        CENTIMARK CORPORATION

9

10

11

    Wildman, Harrold, Allen & Dixon LLP, as the counsel substituting in,

12

consents to this substitution.  Attorney Clinton J. McCord (SBN: 204749), of

13

Wildman, Harrold, Allen & Dixon LLP, will be the new attorney of record for

14

CentiMark.  Mr. McCord's information is as follows:  9665 Wilshire Blvd., 2nd

15

Floor, Beverly Hills, CA 90212; telephone: (310) 860-8715; facsimile: (310) 860-

16

3815; e-mail: mccord@wildman.com.

17

18

                                        WILDMAN, HARROLD, ALLEN &
                                        DIXON LLP

19

20

Dated: March 19, 2009

21

                                        By: _____
                                            Clinton J. McCord

22

                                        New Attorney for Defendant
                                        CENTIMARK CORPORATION

23

24

25

26

27

28

1952680-1

## <u>ORDER</u>

The Court hereby orders that the request of Defendant CentiMark Corporation ("CentiMark") to substitute Clinton J. McCord (SBN: 204749) of Wildman, Harrold, Allen & Dixon LLP, 9665 Wilshire Blvd., 2nd Floor, Beverly Hills, CA 90212, mccord@wildman.com, telephone: (310) 860-8715, and facsimile: (310) 860-3815, as attorney of record in place and stead of Squire, Sanders & Dempsey LLP, is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: March ___, 2009                By: _____

HON. SUSAN ILLSTON
United States District Judge

1952680-1