Otto W. Immel
QUARLES & BRADY LLP
1395 Panther Lane, Suite 300
Naples, FL  34109
(239) 659-5041 - Phone
(239) 213-5449 - Fax
oimmel@quarles.com
*Admitted Pro Hac Vice July 22, 2008*

Clinton J. McCord
Wildman, Harrold, Allen & Dixon LLP
9665 Wilshire Blvd. Suite 200
Beverly Hills, CA 90212
(310) 860-8715 - Phone
(310) 860-3815 - Fax
mccord@wildman.com

*Attorneys for Defendant CentiMark Corporation*

Steven B. Sacks
Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center
17th Floor
San Francisco, CA 94111
(415) 774-2905 - Phone
CA State Bar No. 98875

*Attorneys for Plaintiff Patrick Hansen*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICK HANSEN,<br><br>            Plaintiff,<br><br>v.<br><br>CENTIMARK CORPORATION,<br><br>            Defendant. | Case No.  C-08-2611-SI<br><br>Assigned to the Honorable Susan Illston<br><br>**ORDER TRANSFERRING PLAINTIFF PATRICK HANSEN'S CLAIMS TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS** |

Pursuant to the stipulation of the parties, in recognition of the April 21, 2009 expiration of the non-competition provisions of Patrick Hansen's employment agreement, Section 3, and pursuant to 28 U.S.C. § 1404(a), it is hereby ORDERED:

That Plaintiff Patrick Hansen's suit be transferred to the United States District Court for the Northern District of Illinois and that it be consolidated with the action styled *CentiMark*

*Corporation v. Tecta America, et al.*, case number 1:08-cv-07323, currently pending before the Honorable Charles R. Norgle, Sr., said matters to be heard jointly.

The Clerk of this Court is directed to transfer this cause forthwith upon the entry of this order to the United States District Court for the Northern District of Illinois.

Dated _____.

_____
The Honorable Susan Illston
United States District Judge